**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEVEN R. HALE,** )<br>)<br>Defendant. ) | CR. No. <u>25-20042 MSN-tmp</u><br><br>18 U.S.C. § 922(g)(1) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about March 14, 2022, in the Western District of Tennessee, the defendant,

**STEVEN HALE**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sarsilmaz, 9mm caliber pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about March 14, 2022, in the Western District of Tennessee, the defendant,

**STEVEN HALE**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, specifically, 23 live rounds of 9mm Blazer ammunition (Cascade Cartridge) displaying headstamp markings "BLAZER" and "9mm LUGER" and the ammunition was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED: FEBRUARY 28, 2025**

_____
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**